IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-182-FL

| | |
|---|---|
| SOVEREIGN GUNS, INC., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| U.S DEPARTMENT OF JUSTICE, ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS & EXPLOSIVES, ) | |
| ) | |
| Defendant. | |

For good cause shown on the parties' joint motion to stay the Court's order for a discovery plan pending the Court's ruling on Defendant's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, it is hereby

ORDERED that the Court's order for a discovery plan is stayed pending further ruling from this Court.

This 24th day of August, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge