IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-182-FL

| | | |
|---|---|---|
| SOVEREIGN GUNS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Quash Subpoena Issued to Director of Industry Operations Stephen Albro or in the Alternative for a Protective Order. For good cause shown, the motion to quash the subpoena for the deposition of Director of Industry Operations Stephen Albro is GRANTED.

SO ORDERED this 30th day of November, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge