IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-182-FL

| | | |
|---|---|---|
| SOVEREIGN GUNS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion to allowing the filing of Defendant's appendix exhibits nunc pro tunc. For good cause shown, the motion is GRANTED.

SO ORDERED this 18th day of January, 2018 .

_____
LOUISE W. FLANAGAN
United States District Judge