IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-182-FL

| | | |
|---|---|---|
| SOVEREIGN GUNS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| U.S. DEPARTMENT OF JUSTICE, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | ) ) ) ) | |
| Defendant. | ) | |

This matters comes before the court on the defendant's motion to exceed the page limitation set in Local Rule 7.2(f)(1)(c). For good cause having been shown, the court GRANTS the motion.

SO ORDERED this 27th day of February, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge