UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SOVEREIGN GUNS, INC.             )
        Plaintiff,         )
                                 )
v.                               )     **JUDGMENT**
                                 )
U.S. DEPARTMENT OF JUSTICE,      )     No. 5:16-CV-182-FL
BUREAU OF ALCOHOL, TOBACCO,      )
FIREARMS AND EXPLOSIVES          )
        Defendant.         )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 24, 2018, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on September 24, 2018, and Copies To:**

Jason P. Kimble, Robert Anthony Buzzard (via CM/ECF Notice of Electronic Filing)
Michael James (via CM/ECF Notice of Electronic Filing)

September 24, 2018        PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk